658

MONEY STATION, INC., Petitioner,

v.

BOARD OF GOVERNORS OF
the FEDERAL RESERVE
SYSTEM, Respondent.

Banc One Corporation,
et al., Intervenors.

Nos. 95–1182, 95–1243.

United States Court of Appeals,
District of Columbia Circuit.

July 31, 1996.

Before: EDWARDS, Chief Judge, WALD, SILBERMAN, BUCKLEY, WILLIAMS, GINSBURG, SENTELLE, HENDERSON, RANDOLPH, ROGERS and TATEL, Circuit Judges

### ORDER

PER CURIAM.

Upon consideration of the Suggestions For Rehearing *In Banc* of respondent and intervenors, the response thereto, and the vote by a majority of the judges of the court in regular, active service in favor of the suggestions, it is

**ORDERED** that the suggestions are granted. These cases will be reheard by the court sitting *in banc*. The judgment filed herein on April 23, 1996, is vacated.

A future order will govern further proceedings.